MIRIAM B. ROSENFIELD v. EDWARD M. ROSENFIELD.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ. [See *ante,* p. 872.]

In the Matter of MANUEL J. AMORIAN et al., Petitioners, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [See *ante,* p. 878.]

ELIAS SIMADIRIS, Suing on Behalf of Himself and All Other Banquet Waiters in the Employ of Hotel Waldorf Astoria Corporation Similarly Situated, Appellant, v. HOTEL WALDORF ASTORIA CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 462.]

In the Matter of the Accounting of JOAN PRICE as Administratrix of the Estate of HOWARD PRICE, Deceased, Respondent. HARRY WEILL, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See *ante,* p. 863.]

TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK v. MARGARET ROGALLY et al., Doing Business as ACADEMY UNIFORM COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 485; *post* p. 1029.]

M. GOLDBERG SEWING MACHINE CO., INC., v. STANDARD SEWING EQUIPMENT CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ. [See *ante,* p. 866.]

In the Matter of JOHN LEIDMAN, on Behalf of Himself and All Other Employees Similarly Situated, Respondent, against SIDNEY H. BINGHAM et al., Constituting the Board of Transportation of the City of New York, et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 822.]

PHIL BIRNBAUM, INC., Appellant, v. CITY BANK FARMERS TRUST COMPANY, as Trustee under an Agreement Made by WILLIAM W. ASTOR, Respondent. CITY BANK FARMERS TRUST COMPANY, as Trustee under an Agreement Made by WILLIAM W. ASTOR, Landlord, v. NUE PARK CLOTHES LTD., et al., Tenants; PHIL BIRNBAUM, INC., Assignee, and " JOHN DOE " et al., Undertenants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante,* p. 816.]